PARSHLEY v. THIRD METHODIST EPISCOPAL CHURCH OF BROOK-
LYN.

(City Court of Brooklyn, General Term.   February 28, 1893.)

Appeal from special term.

Action by Frank E. Parshley against the Third Methodist Episcopal Church of the city of Brooklyn to recover for services rendered and moneys expended. From a judgment in favor of plaintiff, defendant appealed, and plaintiff now moves for an order requiring William J. Groo, Esq., to exhibit his authority for serving the notice of appeal herein, served by him, claiming to represent the defendant on such appeal, and filed with the clerk of this court on the 17th day of November, 1892; and further, why the said notice should not be declared invalid, for the reason that said attorney was not authorized by defendant to serve said notice of appeal; and why the appeal herein should not be dismissed.

For decision on appeal from judgment, see 24 N. Y. Supp. 106.

Argued before VAN WYCK and OSBORNE, JJ.

Charles M. Stafford, for the motion.

Wm. J. Groo, opposed.

No opinion.   Motion denied, with $10 costs against the plaintiff.

---

KELLY, Appellant, v. LOUGHRAN, Respondent.

(City Court of Brooklyn, General Term.    June 26, 1893.)

Action by Jennie Kelly against John Loughran.

E. G. Bullard, for appellant.

John F. Clarke, for respondent.

PER CURIAM. We have carefully examined the authorities cited by the counsel for the appellant, and find that they are not in point.  As a new question, we, without hesitation, hold that the complaint does not state a cause of action.  Judgment affirmed, with costs.

---

BERTUCH, Appellant, v. DOWER, Respondent.

(City Court of Brooklyn, General Term.   November 27, 1891.)

Action by Geraldine B. Bertuch against Andrew J. Dower.

Argued before CLEMENT and VAN WYCK, JJ.

Charles E. Burke, for appellant.

Hirsch & Rasquin, for respondent.

PER CURIAM. The order appealed from should be modified by striking out the words "exact" and "precise."  The appellant is entitled to the disbursements of this appeal, to be taxed by the clerk.

---

GOLDSMITH et al., Respondents, v. GOLDSMITH, Appellant.

(City Court of Brooklyn, General Term.   November 27, 1893.)

Action by Annie Goldsmith and others against Leopold Goldsmith.

For decision on appeal from judgment, see 25 N. Y. Supp. 993.

Argued before CLEMENT and OSBORNE, JJ.